United States District Court
Southern District of Texas

**ENTERED**

July 22, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1325 |
| | § | |
| SCI SHARED RESOURCES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff Gloria Alexander's Motion for Entry of Default and for Default Judgment (Document No. 20). The Magistrate Judge in a Memorandum and Recommendation (Document No. 21) recommends Plaintiff's Motion for Entry of Default and for Default Judgment be denied.

Plaintiff Alexander timely filed objections to the Magistrate Judge's Order (Document No. 22) and Defendant SCI Shared Resources, LLC, responded to Plaintiff's objections (Document No. 26). The Court, after having carefully considered Plaintiff Alexander's Objections, and having made a de novo determination of the above listed motion, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are adopted by the Court.

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge (Document No. 21) signed and entered June 3, 2025, which is adopted in its entirety as the opinion of this Court, that Plaintiff's Motion for Entry of Default and for Default Judgment (Document No. 20) is DENIED.

It is so ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 22nd day of July, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE