United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1325 |
| | § | |
| SCI SHARED RESOURCES, LLC | § | |
| d/b/a SERVICE CORPORATION | § | |
| INTERNATIONAL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff Gloria Alexander's Motion to Strike Defendant SCI's Affirmative Defenses (Document No. 9). The Magistrate Judge in a Memorandum and Recommendation (Document No. 31) recommends Plaintiff's motion be denied.

Plaintiff Alexander timely filed objections to the Magistrate Judge's Order (Document No. 32) and Defendant SCI Shared Resources, LLC, responded to Plaintiff's objections (Document No. 33). The Court, after having carefully considered Plaintiff Alexander's Objections, and having made a *de novo* determination of the above referenced motion, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are adopted by the Court.

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate

Judge (Document No. 32) signed and entered August 1, 2025, which is adopted in its entirety as the opinion of this Court, that Plaintiff's Motion to Strike SCI's Affirmative Defenses (Document No. 9) is DENIED.

It is so ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 28TH day of August, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE